August 11, 2008

U.S. District Court
Federal Office Building
150 Carlos Chardon Ave. Rm 150
San Juan, PR  00918

RE:  99-00302 (SEC)

Dear Sirs:

My name is Carmen M. Cruz Martinez (SS 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) and I have a debt with the federal goverment.  I live in Pennsylvania with my son since about six years ago and I did my probation here.  I sent every month the amount that they assigned to me ($100.00) to the Harrisburg office.  The Harrisburg Office sent me a letter indicating that I have to send the payment to this office but in PR.  I received a letter on May about the stimulus check or pay from the Department of the Treasury (Financial Management Service) in Alabama and there they specified the agency in charge of my case in PR.  I called both phone numbers in many ocassions, left messages but nobody returned back my calls.  In the letter says that they sent me some notice to my last address known to the Agency but I never received that notice.

Today I'm writing you so if you don't have my address and information updated, you can do it.  I always notified to the office in Harrisburg, PA of my addresses, change of phone numbers, etc.  I need that you send me again the documents or notices that you sent to me before if you're the same agency of that letter, too.  I want to be udated, need to know my rights and I have a lot of questions for you.  I want to do the right thing and I need your help for that.

My information is this:
        Address:  712 N 2nd Ave. Apt H
        Lebanon, PA 17046

        Phone :  (717) 202-5273  (cel)
        (717) 272-1017  (home)

I would like that you call me at my home phone during the morning, I work from 2:30PM to 11:00PM, I'll appreciate it.  Thanks for your attention to this letter and I'm sending a copy of the letters mentioned above for reference.

Cordially,

Carmen M. Cruz Martinez