# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE
Harrisburg

July 17, 2008

**LEONARD R. BOGART**
CHIEF PROBATION OFFICER

WILLIAM J. NEALON U.S. COURTHOUSE
P.O. BOX 191
SCRANTON, PA 18501-0191
570-207-5840
FAX 570-207-5880

**DIVISIONAL OFFICES:**

HARRISBURG, PA 17108-0805
P.O. BOX 805
717-901-2860
FAX 717-901-2890
WILLIAMSPORT, PA 17701-6458
240 WEST THIRD STREET
SUITE 114
570-323-3688
FAX 570-323-5862
WILKES-BARRE, PA 18701-1500
ROOM 201
197 S. MAIN STREET
570-826-6257
FAX 570-821-4194

Carmen Cruz-Martinez
712 North 2nd Avenue
Apt H
Lebanon, PA 17046

Dear Ms. Cruz-Martinez:

You were previously sent a letter advising you to send payments to the Clerk, U.S. District Court in Harrisburg, PA. That information was incorrect.

Be advised that all payments should be submitted to Clerk, U.S. District Court, Federal Office Building, 150 Carlos Chardon Ave, Rm 150, San Juan, PR 00918. Please include the docket number 99-00302 (SEC) on your payment.

The payment you submitted to the Harrisburg office, has been forwarded to the San Juan office.

If you have any questions, please contact this office at 717-901-2860.

Sincerely,

Stephen F. Leahey
Senior U.S. Probation Officer



P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

**THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS**

04/30/08

CRUZ-MARTINEZ, CARMEN M
712 N 2ND AVE APT H
LEBANON PA 17046-3006

Dear CRUZ-MARTINEZ, CARMEN M:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| U.S. ATTORNEY PUERTO RICO<br>ATTN: FINANCIAL LITIGATION UNIT<br>TORRE CHARDON, SUITE 1201<br>SAN JUAN        PR00918 | TIN Num: 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<br>TOP Trace Num: A46244012<br>Acct Num: PR 2000B27534001<br>Amount This Creditor:      $600.00<br>Creditor: 09     Site: 00 |

787) 282-1861    (800) 255-3545
PURPOSE: Non-Tax Federal Debt

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
TELECOMMUNICATIONS DEVICE FOR THE DEAF (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  CRUZ-MARTINEZ, CARMEN M
PAYMENT BEFORE REDUCTION:        $600.00                    PAYMENT DATE: 04/30/08
TOTAL AMOUNT OF THIS REDUCTION:        $600.00       PAYMENT TYPE: EFT
PAYING FEDERAL AGENCY:  Internal Revenue Service        SPLIT REFUND CODE: 0
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:    00000000526A46244012583483206002678793954LTR-P01CRUZ000052
RL1207

