Carmen M. Cruz Martinez
712 N. 2nd Ave. Apt. H
Lebanon PA  17046

Case 3:99-cr-00302-SEC    Document 33-3    Filed 08/15/2008    Page 1 of 1

HARRISBURG PA 171

12 AUG 2008 PM 2 T



US District Court
Federal office Building
150 Carlos Chardon Ave. Rm. 150
San Juan, P.R  00918

00918+1703